# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| RICHARD JAMES TATE, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. H-17-290 |
| RCI, LLC and VALLARTA ADVENTURES SA de CV, | § |
| Defendants. | § |

## FINAL JUDGMENT

For the reasons stated in the accompanying memorandum and opinion, Vallarta's motion for summary judgment, (Docket Entry No. 46), is granted. This case is dismissed, with prejudice.

SIGNED on September 7, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge